# United States Court of Appeals for the Fifth Circuit

---

No. 25-50474
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

April 21, 2026

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Sonia Suzanne Mata,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:23-CR-577-1

---

Before Smith, Higginson, and Wilson, *Circuit Judges*.

Per Curiam:[*]

Sonia Mata pleaded guilty, per a plea agreement with an appeal waiver, of possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1) and escape in violation of 18 U.S.C. § 751(a). Mata contends that the district court clearly erred in applying a four-level enhancement for possessing a firearm in connection with another felony offense. The

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-50474

government seeks to enforce the appeal waiver.

We review the enforceability of appeal waivers *de novo*. *United States v. Kelly*, 915 F.3d 344, 348 (5th Cir. 2019). "To determine whether an appeal of a sentence is barred by an appeal waiver provision in a plea agreement, we conduct a two-step inquiry: (1) whether the waiver was knowing and voluntary and (2) whether the waiver applies to the circumstances at hand, based on the plain language of the agreement." *United States v. Bond*, 414 F.3d 542, 544 (5th Cir. 2005). The record confirms that both conditions are met here.

Accordingly, the appeal is DISMISSED.